IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARDA MULLINS                                                                                      PLAINTIFF

v.                                      Civil No.   1:24-cv-01050-BAB

GEAN SIEGER; JERRY MANTIS;                                                      DEFENDANTS
and LEROY MARTIN

## ORDER

Plaintiff originally filed his Complaint and Application to proceed *in forma pauperis* ("IFP Application") in the Eastern District of Arkansas on August 6, 2024.  (ECF Nos. 1, 2).  The case was transferred to this Court on August 7, 2024.  (ECF No. 4).  The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis* (ECF No. 7) hereby directs the United States Marshal to serve Defendants Gean Sieger, Jerry Mantis, and Leroy Martin.  Defendants should be served with the Complaint (ECF No. 2).  Defendants may be served at the Columbia County Sheriff's Department, 82 Columbia Road 300, Magnolia, AR 71753.

Defendants may be served by certified mail with a return receipt requested.

Defendants are to be served without prepayment of fees and costs or security therefor.

Defendants are ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with each Defendant's last known address and phone number.  This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served, and to add all Defendants listed herein to the docket and case heading in this matter.

IT IS SO ORDERED this 7th day of August 2024.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE