IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARDA MULLINS                                                                            PLAINTIFF

v.                              Case No. 1:24-cv-01050

GEAN SIEGER; JERRY
MANESS; LEROY MARTIN;
and OFFICER SCOTT                                                    DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed November 12, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 31). Judge Bryant recommends that Plaintiff's Motion for Temporary Restraining Order (ECF No. 20) be **DENIED**.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 31) *in toto*. Accordingly, Plaintiff's Motion for Temporary Restraining Order (ECF No. 20) is **DENIED**.

**IT IS SO ORDERED**, this 10th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge